## JUDKINS v. MILLER.   (No. 1456.)

(Court of Civil Appeals of Texas. El Paso. April 5, 1923.)

Appeal and error ⟐387(3)—Failure to file appeal bond within 20 days after notice of appeal held ground for dismissal.

Where the term of the trial court might have and did continue for more than 8 weeks, and both parties are residents of the county in which the trial was held, a failure to file the appeal bond within 20 days after the notice of appeal was given *held* ground for dismissal of appeal, under Vernon's Sayles' Ann. Civ. St. 1914, art. 2084.

Appeal from District Court, Eastland County; Geo. L. Davenport, Judge.

Suit by L. W. Miller against Frank A. Judkins. Judgment for plaintiff, and defendant appeals. Appeal dismissed.

R. N. Grisham, John D. McRea, O. F. Chastain, and C. P. Chastain, all of Eastland, for appellant.

Scott, Brelsford, Funderburk & Ferrell, of Eastland, for appellee.

HARPER, C. J.   This suit was instituted by L. W. Miller against Frank A. Judkins in trespass to try title, Ninety-First district.

Judgment was rendered January 13, 1922. The appeal bond was filed on February 7, 1922, more than 20 days after judgment and notice of appeal.

The term of said court may and did continue more than 8 weeks, and both parties are residents of the county in which the trial was had.

The appeal is, for that reason, dismissed. Vernon's Sayles' Statutes, art. 2084; Yount et al. v. Fagin (Tex. Civ. App.) 225 S. W. 591; Texas Seed & F. Co. v. Chicago & S. Co. (Tex. Civ. App.) 178 S. W. 731.

Dismissed.